# Court of Appeals
# of the State of Georgia

ATLANTA, December 22, 2016

*The Court of Appeals hereby passes the following order:*

## A17I0108. KAREN G. PAUL v. PETS BKG, LLC d/b/a PETLAND KENNESAW.

BKG Pets, Inc., d/b/a Petland Kennesaw, initially filed this action against Karen G. Paul. Subsequently, the complaint was amended and Pets BKG, LLC, d/b/a Petland Kennesaw, was substituted as the plaintiff. Paul filed a motion to dismiss the amended complaint for failure to comply with the requirements of OCGA §§ 9-11-15 (a) and 9-11-21, which the trial court denied on November 17, 2016. The trial court entered a certificate of immediate review on November 28, 2016, and Paul filed this application for interlocutory appeal on December 9, 2016. We lack jurisdiction.

It is well-established that under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within 10 days of obtaining a timely certificate of immediate review. See *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995). Because this application was filed 11 days after entry of the certificate of immediate review, it is untimely and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 12/22/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____, Clerk.